■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARLIN RUIZ, Appellant. [56 NYS3d 874]—Appeal by the defendant

from an order of the Supreme Court, Richmond County (Mattei, J.), dated May 15, 2015, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court properly denied his application for a downward departure from his presumptive risk level. The mitigating factors that the defendant identified either were adequately taken into account by the Sex Offender Registration Act Guidelines or did not warrant a downward departure from the presumptive risk level (*see People v Kaff*, 149 AD3d 783 [2017]; *People v Rose*, 146 AD3d 911, 912 [2017]; *People v Ibarra*, 137 AD3d 1097, 1098 [2016]). Leventhal, J.P., Hall, Hinds-Radix and Maltese, JJ., concur.